GRAY v. N.C. INS. UNDERWRITING ASS'N

No. 84PA99

Case below: 132 N.C.App. 63

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 24 June 1999. Justice Martin recused.

IN RE APPEAL OF STERLING DIAGNOSTIC IMAGING, INC.

No. 128P99

Case below: 132 N.C.App. 393

Petition by Transylvania County for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.

IN RE T.S.

No. 251P99

Case below: 133 N.C.App. 272

Motion by Attorney General for temporary stay allowed 8 June 1999.

JACKSON v. N.C. DEP'T OF HUMAN RES.

No. 510P98

Case below: 131 N.C.App. 179

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.

LINEBACK v. WAKE COUNTY BD. OF COMM'RS

No. 166P99

Case below: 132 N.C.App. 584

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999. Motion by defendant for costs and attorneys' fees pursuant to G.S. 97-88 and Rule 34 of the N.C. R. App. P. denied 24 June 1999.